United States District Court
Southern District of Texas
ENTERED

AUG 3 1 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 3 1 1998

Michael N. Milby
Clerk of Court

| | |
|---|---|
| BROWNSVILLE & MATAMOROS BRIDGE COMPANY,<br>    Petitioner | §<br>§<br>§<br>§ |
| VS. | §    CAUSE NO. B-98-104 |
| CONSTRUCTORA BEYRON S.A. de C.V.<br>    Respondent | §<br>§<br>§<br>§ |

## JUDGMENT

On the 31st day of August, 1998, came on to be heard the above-entitled and numbered cause wherein Brownsville and Matamoros Bridge Company ("B & M") is the Petitioner and Constructora Beyron S.A. de C.V. is the Respondent. Constructora Beyron S.A. de C.V. although duly and legally cited to appear and answer, failed to appear and answer, and wholly made default.

The Court, being of the opinion that Respondent has admitted by default the allegations of Petitioners Declaratory Judgment Action the Respondent's Mechanic's Lien is unperfected and thereby invalid.

IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED that the allegations of B & M's Petition be and the same are deemed admitted by Constructora Beyron S.A. de C.V.

IT IS, FURTHER, ORDERED, ADJUDGED, AND DECREED (1) that the Mechanic's Lien filed by Constructora Beyron S.A. de. C.V. in Volume 4765 Page 1165 of the Official Cameron County Records on February 24, 1997 is unperfected and invalid; (2) that said Mechanic's Lien be removed from the official records; and (3) Constructora Beyron S.A. de C.V. pay reasonable attorney's fees and court costs in the amount of $ 150.00.

SIGNED this 31st day of August, 1998 in Brownsville, Texas.

_____
JUDGE PRESIDING

Copies to:
Jaime Saenz
Sergio Mendez Villagomez